AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

**FILED**
JAN 3 0 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

MICHAEL ADAM KOZITZKI
TX STATE ID # 16944738
_Petitioner_
v.

JAVIER SALAZAR Sheriff of BEXAR Co.
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case No. SA23CA0132 XR
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: MICHAEL ADAM KOZITZKI - A CITIZEN of the United STATE'S
   (b) Other names you have used: John & Johnathan Edward KOZITZKI AKAs
2. Place of confinement:
   (a) Name of institution: BEXAR COUNTY ADULT DETENTION CENTER (SAN ANTONIO)
   (b) Address: 200 N. Comal street SAN ANTONIO TEXAS 78207
   (c) Your identification number: SID# 576326 TX STATE ID# 16944738 SS# 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
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☐ State authorities   ☑ Other - explain: TEXAS. CODE. CRIMINAL. PROCEEDURE. 11.07/94. Article 51.13 Section 14 Also Complete. Unlawfully Restrained of Petitioner's Liberty; Non-Magistration by Magistrate JUDGE
4. Are you currently: Non-Timely Preliminary Examination Hearing No-Bond due to Non-Magistration
   ☐ A pretrial detainee (waiting for trial on criminal charges) Hear SAY
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: _____
   (b) Docket number of criminal case: _____
   (c) Date of sentencing: _____
   ☐ Being held on an immigration charge  Human RIGHT Violations, Civil RIGHTS Violations
   ☑ Other (explain): Unlawfully Restrained of Petitioner's Liberty; Non-Magistration by a Magistrate JUDGE (Mean's No-Bond or Charge), Only a Magistrate JUDGE Can Read Charge to Defendant or Accused or Set Bond, No-TIMELY Preliminary Examination Hearing. Section 14 Article 51.13 TEXAS. CODE. CRIMINAL. Jackson v. Michigan Walter A. Rothary v. Gilliespi Co. PROCEEDURE. 11.07 §4. David Ruiz v. STATE of TEXAS   TEXAS (supreme court), also Complete.
   Constitutional LAW Violation VI, VIII
   Bill of RIGHTS   Amendment's IV, V, VII, IX, XV, XVI
   STRUCTURAL ERROR LAWS   I, II, X, XI, XII, XIII, XIV, XVII, XIX

Page 2 of 10

Only 2 TDCJ Felonys Ever Charged With in my Life TEXAS Department of Criminal Justice Both F3-Non-AG

| | |
|---|---|
| Penal Code 22.01 | CAUSE NO. 2019-CR12258 Assualt-Family-2nd OFFENCE F3 Non-AG Charged and Indicted under Real Name and Also Sentanced Under MICHAEL ADAM KOZITZKI no Mention of AKA John or Johnathan Edward Kozitzki TDCJ CID #02304453 TDCJ SID #05440350 CID under MICHAEL ADAM KOZITZKI |
| Penal Code 22.01 | 2017 & 2018 Assualt-FAMILY-2nd OFFENCE F3 Non-AG CAUSE No. 2017 CR 4497 CHARGED and INDICTED under REAL NAME MICHAEL ADAM KOZITZKI but when Sentancing came around Some one in the BEXAR County Justice Center Change my Real Name on all my Sentancing Paper work (Legal Documents), to John or Johnathan Edward Kozitzki giving me that name as a AKA in which TDJC made me use it on my CID Card Through-out my Incarseration the whole time for that charge. in which Before that time I had never owned, had, or Possesed any ID in my Life with the Name or Names: John or Johnathan Edward Kozitzki. |
| Both | 2019-CR12258 and 2017CR4497 I was not Married or Common LAW to the alleged Complaintant and she was not a Relative or Family member of mine, Just my Girlfriend Janie H. Alvarado DATE of Birth 06-26-1957. Also which I did not Reside with. She did Let me use Her mailing Address to Recieve my mail but was never on Her lease at any time. |

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition: *Prior Convictions*: ① PENAL CODE 22.01 CAUSE NO. 2019CR12258 ② PENAL CODE 22.01 CAUSE NO. 2017CR4497 Both F3 Non-AG

   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☒ Other *(explain)*: JANIE H. ALVARADO Date of Birth 06/26/195_ Was not MARRIED or COMMON LAW; Was Girlfriend not Family Member INTIMATE; 2017CR4497 All Sentancing Legal Paper work Under John or Johnathan Edward KOZITZKI no mention of MICHAEL ADAM KOZITZKI, 2019CR12258 All Legal Paper Work Under Real name MICHAEL ADAM KOZITZKI no Mention of John or Johnathan Edward Kozitzki

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: BEXAR County JUSTICE CENTER 144 JUDICIAL DISTRICT COURT BOTH

   (b) Docket number, case number, or opinion number: Both PENAL CODE 22.01 Cause No. 2017CR4497 Both F3-Non-AG Cause Nos. 2019CR12258

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   _____
   _____
   _____

   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes    ☐ No    KIOSK REF# 15699112  January 26, 2023

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____
   _____
   _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes            ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____
       
   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes            ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

---

 

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?

   ☐ Yes            ☐ No

   If "Yes," answer the following:

   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

   ☐ Yes            ☐ No

   If "Yes," provide:

   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

   ☐ Yes            ☐ No

   If "Yes," provide:

   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

---

    (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**

    Does this case concern immigration proceedings?

    ❒ Yes    ❒ No

    If "Yes," provide:

    (a)    Date you were taken into immigration custody: _____

    (b)    Date of the removal or reinstatement order: _____

    (c)    Did you file an appeal with the Board of Immigration Appeals?

    ❒ Yes    ❒ No

    If "Yes," provide:

    (1) Date of filing: _____

    (2) Case number: _____

    (3) Result: _____

    (4) Date of result: _____

    (5) Issues raised: _____

    (d)    Did you appeal the decision to the United States Court of Appeals?

    ❒ Yes    ❒ No

    If "Yes," provide:

    (1) Name of court: _____

    (2) Date of filing: _____

    (3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

_____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

❏ Yes      ❏ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

_____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** _____

_____

_____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes            ☐ No

**GROUND TWO:** _____
_____
_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____
_____

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes            ☐ No

**GROUND THREE:** _____
_____
_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____
_____

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes            ☐ No

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground Four in all appeals that were available to you?
❏ Yes            ❏ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

_____

**Request for Relief**

15. State exactly what you want the court to do: _____

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 01/26/2023

_Incarcerated at Bexar County ADULT Detention Center since Sept. 13, 2022_
_200 N. Comal St. San Antonio TEXAS 78207_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury. _Incarcerated without Magistration by Magistrate JUDGE, with No Charge or Bond. Hear say Only a Magistrate Judge Can Read Charge & Set Bond. MICHAEL ADAM KOZITZKI_

Date: 01/26/2023

_Michael A Kozitzki_
Signature of Petitioner

N/A
Signature of Attorney or other authorized person, if any

Page 10 of 10

# Bexar Co Courts (Criminal)

## Motions Already Filed with Courts of San Antonio

1. **Petition for Writ of Habeas Corpus Release because of Delay** - a petition for a writ for state's failure to be ready for trial within 90 days. (Based on 17.151 of the TX, CCP).

2. **Motion for Pre-Trial hearing** - a motion requesting a hearing for a ruling on previously filed defense motions.

3. **Motion for Speedy Trial** - a motion exerting 6th amendment right to a speedy trial.

4. **Motion in Limine** - a motion asking the court to prevent from being entered into testimony any prior record of the defendant or any pending unadjudicated charges that the defendant may have.

5. **Motion to Dismiss Insufficient Evidence** - a motion asking that the court to dismiss a criminal action because of lack of evidence.

6. **Motion for Evidence Favorable to Defendant** - a motion requesting that the court order the prosecution to reveal all exculpatory evidence.

7. **Motion for Appointment of Counsel** - a motion requesting that an attorney be appointed to a specific Defendant. (Federal Attorney).

8. **Motion for Appointment of a Investigator** - a motion requesting the court appoint a private investigator to assit the Defendant and or the Defendant's Counsel in a criminal charge. (Federal-Investigator).

9. **Motion for Discovery** - a Motion requesting that the court order the Prosecution to Disclose all evidence of any kind that may be used against the Defendant.

10. **Motion for Discovery of Brady Material** - a motion requesting the court order the prosecution to reveal if there are any pending charges against any witnesses or any material available which might allow the Defence to impeach a witness.

11. **Motion to Produce Gaskin Material** - a motion requesting the Court.

BEXAR CO. Court's (Criminal).

Motion's Already Filed With Courts of San Antonio

Under Title 7. Offenses Against Property - Chs 31, 32, 32A, B, C, D & E *Also Complete*

order the prosecution produce any written statements, notes, or reports, also Images, photo's, Social Media, broad band, Video's, Close circot, Multi channel and or Information Services,

Penal CODES. § 31.11, § 31.12, § 31.13, § 31.14, § 31.02, § 31.03, § 31.05, § 31.09, § 31.10, § 31.11, § 31.17, § 31.19, § 31.20, § 32.02, § 32.03, § 32.21, § 32.22, § 32.23, § 32.24, § 32.31, § 32.315, § 32.32, § 32.33, § 32.34, § 32.35, § 32.41, § 32.42, § 32.43, § 32.44, § 32.441, § 32.45, § 32.46, § 32.47, § 32.48, § 32.49, § 32.50, § 32.51, § 32.52, § 32.53, § 32.54, § 32.55, Also § 32.55, § 32.71, § 32.72, or Legal Documents, Reports, Medical Records that may be used by a witness to cause testimony agaist the said Defendant. To Also be incuded in my Motion for Discovery...

12. <u>Motion for State to Elect</u> - a motion requesting the Court order the Prosecution inform the Defenant as to which if any Charges they intend to proceed with or Magistrate for any said Charges.

13. Motion Requesting Examining TRIAL - a Motion requesting that a Magistrate hold a hearing to determine if there's enough evidence against a Defendant to Warrent an Indictment.

14. <u>Motion to Require Prosecution to Reveal Agreement with Witnesses</u> - a motion asking that the State be required to reveal to the Defendant and the Jury any agreement or "DEAL" made with a Witness in exchange for the witnesses' testimony.

15. <u>Motion to Discover Criminal Record of Witness</u> - a motion that would require the State to reveal if any witnesses have criminal records or any other cause for impeachment.

16. <u>Motion to Suppress Evidence and Illegal Arrest</u> - a motion requesting that any evidence obtained as a result of an illegal arrest be considered "Fruits of the poisonous tree" and is there fore suppressible.

Bexar Co. Courts (Criminal),

Motion's Already Filed with Courts of San Antonio

17. <u>Motion to Quash Indictment</u> - a motion asking the courts to render the indictment null and void because of reason's set forth in the motion.

18. <u>Motion to Suppress Identification Testimony</u> - a motion requesting the Court render null and void any Witness identification testimony based on any in-court identification of the Defendant made by the witness.

19. <u>Medical Authorization</u> - Request for medical records for yourself. Also put for court's to only view not to put out any Information to any other person's; no Exceptions.

20. <u>Docketing Statement</u> - an Information sheet required in all appellate cases for the 4th Court of Appeals. This sheet is for information purposes only, but must be filled in all cases on Apeals. The format of the sheet <u>CANNOT</u> be modified, so you must obtain them from the LAW Library to ensure that the format remains consistent.

21. <u>PAUPER's Oath</u> - a sworn declaration of a defendants inability to pay fines, court Costs, Court appointed attorney fee's, etc...

22. <u>Motion to Obtain All Transcript's</u> - a motion asking that the court order the court reporter, for All particular Causes, transcribe his\her notes for typing and delivery to the Defendant or Defendants counsel.

23. <u>Motion for Work Release</u> - a Motion requesting the Court grant the Defendant permission to work and return at night to the Bexar County ADULT Detention Center.

24. <u>Request for All University Health Records</u>
  *During Incarceration*

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

## Instructions

1. **Who Should Use This Form.** You should use this form if
   - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
   - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
   - you are alleging that you are illegally detained in immigration custody.

2. **Who Should Not Use This Form.** You should not use this form if
   - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
   - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
   - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3. **Preparing the Petition.** The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. **A false statement may lead to prosecution.**

   All questions must be answered clearly and concisely in the space on the form. If needed, you may attach additional pages or file a memorandum in support of the petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. Note that some courts have page limitations. All filings must be submitted on paper sized 8½ by 11 inches. **Do not use the back of any page.**

4. **Supporting Documents.** In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

5. **Required Filing Fee.** You must include the $5 filing fee required by 28 U.S.C. § 1914(a). If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

6. **Submitting Documents to the Court.** Mail your petition and ____ copies to the clerk of the United States District Court for the district and division in which you are confined. For a list of districts and divisions, see 28 U.S.C. §§ 81-131. All copies must be identical to the original. Copies may be legibly handwritten.

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

7. **Change of Address.** You must immediately notify the court in writing of any change of address. If you do not, the court may dismiss your case.