UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL ADAM KOZITZKI, SID #576326, | § § § | |
| Petitioner, | § § | SA-23-CV-00132-XR |
| v. | § § § | |
| BEXAR COUNTY SHERIFF JAVIER SALAZAR, | § § § § | |
| Respondent. | § | |

**FINAL JUDGMENT**

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing Petitioner Michael Adam Kozitzki's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus pursuant to FED. R. CIV. P. 41(b) for failure to prosecute and failure to comply with the Court's February 6, 2023 Order, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that Petitioner Michael Adam Kozitzki's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(b) for failure to prosecute and failure to comply with the Court's February 6, 2023 Order.

**IT IS FURTHER ORDERED** that the above–entitled cause of action is hereby **CLOSED**.

**IT IS FINALLY ORDERED** that a certificate of appealability is **DENIED**.

It is so **ORDERED**.

**SIGNED** this 30th day of March, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE